# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROGELIO DOMINGUEZ-CASTELLANOS,

    Petitioner,

v.                                      CASE NO. 4:18cv285-RH/CAS

JEFF B SESSIONS et al.,

    Respondent.

_____/

## ORDER DISMISSING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on August 18, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge